Bo C. ROOS and Frederick M. MacMurray, Appellants, v. Tighe E. WOODS, Acting Housing Expediter, Appellee.

No. 11938.

United States Court of Appeals Ninth Circuit.

Dec. 8, 1948.

Herbert H. Bent, of Los Angeles, Cal., for appellant.

Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, Francis X. Riley, Sp. Lit. Atty., all of Washington, D. C., and Sidney Feinberg, Atty., Office of Housing Expediter, of San Francisco, Cal., for appellee.

Before MATHEWS, STEPHENS, and BONE, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.